# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

S. Marie Johnson
16th JDC PDO
106 W. Berard Street
St. Martinvill LA 70582

**REHEARING ACTION: June 11, 2014**

**Docket Number: 13   01428-JAC**

**STATE IN THE INTEREST OF J. B.**

**Appealed from St. Martin Parish Case No. 11-JV-16257**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. James T. Genovese**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **J. N.** has this day been

**DENIED.**

cc: Thailund Treymeine Porter-Green, Counsel for the Appellee
    Tamara Rahim, Counsel for the Appellee
    Charlotte Grandpre Bordenave, Counsel for the Appellee
    Lewis H. Pitman, Counsel for the Appellee